# Court of Appeals
# of the State of Georgia

ATLANTA, __January 18, 2013__

*The Court of Appeals hereby passes the following order:*

**A13A0489.  LUKE CUNNINGHAM v. THE STATE.**

On September 19, 2012, this Court granted Luke Cunningham's application for discretionary appeal. The order notified Cunningham that he had ten days from the date of the order to file a notice of appeal. See OCGA § 5-6-35 (g).  Fourteen days later, on October 3, 2012, Cunningham filed his notice of appeal.

The timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court.  *LaBrew v. State*, 315 Ga. App. 865 n. 3 (729 SE2d 33) (2012).  Because Cunningham failed to file his notice of appeal within ten days of our order granting his application, his notice of appeal is untimely. Accordingly, this appeal is DISMISSED for lack of jurisdiction.  See *White v. White*, 188 Ga. App. 556 (373 SE2d 824) (1988).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __01/18/2013__
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

 *, Clerk.*